

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-24-00812-CV

Joey **KIRKLAND**,
Appellant

v.

**SELECT DEDICATED SOLUTIONS, LLC** and Humberto Mejia Herrera,
Appellee

From the 111th Judicial District Court, Webb County, Texas
Trial Court No. 2023CVA000226D2
Honorable Monica Z. Notzon, Judge Presiding

PER CURIAM

Sitting: Rebeca C. Martinez, Chief Justice
    H. Todd McCray, Justice
    Velia J. Meza, Justice

Delivered and Filed: April 2, 2025

DISMISSED

 Appellant, Joey Kirkland, has filed a motion to dismiss this appeal. The motion contains a certificate of service to the appellees; no appellee has filed any opposition to Appellant's motion to dismiss. Therefore, we grant Appellant's motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a). Costs of the appeal are taxed against Appellant.

PER CURIAM